**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
SEP 30, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME, | Case No. ED 16-cv-01239 VAP (SPx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| ANTHONY DALKAS, et al, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated:  September 30, 2016

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm